IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY R. ZINSMEYER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-220-B-BW |
| | § | |
| CITY OF GARLAND, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court will **DISMISS** the Complaint for a Civil Case, received on January 28, 2026 (Doc. 3), with prejudice as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED** this 16th day of March, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE