IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY R. ZINSMEYER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-220-B-BW |
| | § | |
| CITY OF GARLAND, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion (Omnibus) for the reconsideration & resubmission of previous motions and request for whistleblower status renewed, reversal of dismissal*, filed on April 23, 2026 (Dkt. No. 15), is construed as a motion seeking relief from judgment under Federal Rule of Civil Procedure 60(b), and it is **DENIED**.

**SO ORDERED** this 26th day of May, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE